## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

HICA EDUCATION LOAN
CORPORATION,

          Plaintiff,

v.

NANCEY T. RUSSO,

          Defendant.

Case No. 1:13-cv-12562-MLW

## JUDGMENT

Defendant, NANCEY T. RUSSO ("Defendant"), having failed to plead or otherwise defend in this action and his default having been entered,

Now, upon motion of Plaintiff, HICA EDUCATION LOAN CORPORATION ("Plaintiff"), and affidavits demonstrating that Defendant owes Plaintiff the sum of $9,057.36 (as of February 10, 2014), that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $500.00,

It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff, HICA EDUCATION LOAN CORPORATION, recover from Defendant, NANCEY T. RUSSO, principal in the amount of $8,689.71, pre-judgment interest through February 10, 2014, in the amount of $347.93, with additional pre-judgment interest from February 11, 2014 through the date of judgment at the rate of $0.72 per day, late charges in the amount of $19.72, and costs of court in the amount of $500.00.

It is further ORDERED, ADJUDGED, and DECREED that this judgment shall bear interest from the date of this judgment until it is paid at the contractual rate agreed upon by the parties which

is a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up the nearest 1/8 of 1 percent.

IT IS SO ORDERED.

By the Court,

Dated: 4/18/14

Deputy Clerk