UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, | Case No. 1:13-cv-12562-MLW |
| Plaintiff, | |
| v. | |
| NANCEY T. RUSSO, | |
| Defendant. | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, HICA Education Loan Corporation ("Plaintiff"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, moves for default judgment in this matter against Defendant, NANCEY T. RUSSO ("Defendant"), and would show the following:

1. A Clerk's Entry of Default against Defendant was entered on the Docket on February 19, 2014. (ECF #7).

2. Plaintiff's claim against Defendant is for a sum certain or a sum that can be made certain by computation. *See,* Declaration of Robin Zimmermann in Support of Motion for Default Judgment ("Zimmermann Dec.") attached hereto as **Exhibit 1** and incorporated herein by reference.

3. Defendant has not entered an appearance, pleaded or otherwise defended in this case as evidenced by the Clerk's Entry of Default.

4. Defendant is not an infant or incompetent person, and is not in the military service of the United States of America. *See,* Zimmermann Dec. (Exhibit 1).

ALLOWED

Wolf, DJ

April 16, 2014